IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
NORTHERN DIVISION
Case No. 2:25-CV-002-D-BM

| | |
|---|---|
| ROBERT MATTHEWS, LAWRENCE JACKSON, JEFFREY JOHNSON, WELTON FEREBEE, TRACY BOWSER, DENNIS HUNTER, CHRIS CHAPPELL, JAMIE GODFREY, MATTHEW BATEMAN, JOHN PARRISH, GERRI WHITE, TIMOTHY WARDEN, GREGORY BROWN, MARCUS WHITE, DAVID PERRY, GARY SPELLMAN, EDWARD JORDAN, TAMA SPELLMAN, JAMIE SUTTON, WILLIS DANCHISE, ROY FELTON, RONALD CLARK, THOMAS WIGGINS, JOHN PIERCE, JEFFERSON BROUGHTON, CATHY HARRELL LOWRY, AS ADMINISTRATOR OF THE ESTATE OF FLEETWOOD HARRELL, <br><br>　　　　　Plaintiffs, <br><br>　　vs. <br><br>GUEST SERVICES, INC; and GERARD T. GABRYS, <br><br>　　　　　Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) |

## ORDER GRANTING PLAINTIFFS' MOTION TO STAY PROCEEDINGS ON DEFENDANTS' MOTION TO DISMISS

On January 31, 2025, Plaintiffs filed their Motion to Stay, requesting that the Court stay proceedings on Defendants' Motion to Dismiss (Dkt.#s 10-11) while the Court considers and rules on Plaintiff's Motion for Remand. Having reviewed Plaintiffs' Motion and accompanying

memorandum of law, the Court finds that for good cause shown and in the interests of judicial efficiency, Plaintiffs' Motion should be granted. The Court therefore ORDERS that:

1. Any further proceedings on Defendants' Motion to Dismiss are stayed until after the Court adjudicates Plaintiffs' Motion for Remand; and

2. Should the Court determine that it has subject-matter jurisdiction over this matter, the time for Plaintiffs to respond to Defendants' Motion to Dismiss shall be extended until 21 days after the date of the Court's ruling on Plaintiffs' Motion to Remand.

This the __7__ day of __February__ 2025.

By: _____
United States District Court
For the Eastern District of North Carolina